**THE HONORABLE BRIAN D. LYNCH**
**CHAPTER 13**
**HEARING DATE: July 17, 2019**
**HEARING TIME: 1:30 P.M.**
**LOCATION: Tacoma, Washington**
**RESPONSE DATE: July 10, 2019**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Case No.: 19-41499-BDL |
| JENNIFER ANNE WOOLERY and JERRY AUTHUR NEWMAN JR, | OBJECTION TO CONFIRMATION WITH STRICT COMPLIANCE |
| Debtors. | |

**COMES NOW**, Michael G. Malaier, Chapter 13 Standing Trustee, and objects to confirmation as follows:

## **BACKGROUND**

Debtors filed this Chapter 13 case on May 7, 2019. The applicable commitment period is sixty months. The case is currently in the second month and the Meeting of Creditors has been completed. The bar date for filing non-governmental claims is July 16, 2019. Scheduled unsecured claims total $142,150.18, and scheduled priority claims total $3,400.00. Debtors propose to pay at least $42,087.00 to allowed nonpriority unsecured claims.

OBJECTION TO CONFIRMATION
- 1 -

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

# OBJECTION

☒ Plan does not meet the best interests of creditors test as required by 11 U.S.C. § 1325(a)(4):

Per Debtors' Statement of Financial Affairs, Debtors made payments totaling $7,200.00 to insiders within one year prior to filing this case. Trustee has requested that Debtors' plan be amended to provide for that amount as part of their liquidation value. An amended plan has been filed that includes language in Section X that $7,200.00 will be paid to unsecured creditors on account of the preference, but for clarity, the language should indicate that $7,200.00 constitutes the liquidation value of Debtors' plan. In addition, Trustee requests that Lori and Dan Woolery execute a tolling agreement. A tolling agreement will be provide to Debtors' counsel upon request to satisfy this requirement if the insiders are willing to sign. Alternatively, Trustee may commence an adversary proceeding.

**WHEREFORE**, Trustee requests that the objection to confirmation be sustained and debtors be ordered to file a motion to confirm a plan resolving the issues raised herein within 14 days of entry of the Order Sustaining Trustee's Objection to Confirmation; and to set the hearing on the next available motion calendar after the 14 days expires. If the Motion to Confirm resolving the Trustee's issues is not filed and set for hearing as outlined above, the Trustee requests he be allowed to enter an order dismissing the case, *ex parte*, without notice.

**DATED** this 1st day of July, 2019.

/s/ Mathew S. LaCroix
Mathew S. LaCroix, WSBA# 41847 for
Michael G. Malaier, Chapter 13 Trustee

OBJECTION TO CONFIRMATION

- 2 -

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600