**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON**

| | | |
|---|---|---|
| **Re** | ) | **In Chapter 13 Proceeding** |
| | ) | **No. 19-41499-BDL** |
| **JENNIFER ANNE WOOLERY** | ) | |
| **JERRY AURTHUR NEWMAN JR** | ) | |
| | ) | **Order Allowing Debtor(s) to** |
| **Debtor(s)** | ) | **Keep her 2020 Bonus** |
| | ) | |
| | ) | |
| _____ | ) | |

It is ordered that the Debtor may keep her 2020 bonus from her employer and not commit those funds to the Plan.

///end of order///

Presented by:


/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtor

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958